# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH REIDEL, an individual,<br><br>      Plaintiff,<br><br>   vs.<br><br>ARJOHUNTLEIGH, INC., a Delaware Corporation does business in California; and DOES 1 through 20, inclusive,<br><br>      Defendants. | Case No. SACV14-00417 AG (DFMx)<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>Action Filed:  February 3, 2014<br>Trial Date:     June 2, 2015<br><br>Judge:        Hon. Andrew J. Guilford |

## O R D E R

**GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT** the provisions of the concurrently filed stipulation between the parties regarding the use and protection of Confidential Information (the "Stipulated Protective Order") shall be entered as the Order of the Court and be binding upon the parties.

DATED: September 26, 2014

_____
DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE